FRANCES L. HOLMES *v.* CITY OF NEW LONDON

BALDWIN, INGLIS, O'SULLIVAN, QUINLAN and WYNNE, Js.

Argued October 13—decided December 8, 1953

*Edmund J. Eshenfelder,* for the appellant (defendant).

*Francis F. McGuire,* with whom, on the brief, was *Morgan K. McGuire,* for the appellee (plaintiff).

PER CURIAM. All of the claims raised on this appeal have basis only if the finding can be corrected. The

conclusions of the trial court are legally drawn from the facts as it found them. To interfere with the conclusions would be to substitute different findings of fact. This cannot be done where there is evidence upon which reasoning minds might disagree. Here there is no basis for correcting the finding. This being so, the conclusions must stand.

There is no error.